UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:12-cv-111-BO

| | |
|---|---|
| NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, INC. Plaintiff<br><br>v.<br><br>CLEAR TECHNOLOGY, INC., AND VERSATA ENTERPRISES, INC., Defendants. | **ORDER GRANTING MOTION** |

Based upon the Consent Conditional Bill of Costs filed with this Court on October 23, 2013, the Court ORDERS that costs are taxed in the amount of $6,418.37 and included in the judgment.

This the ___ of October 2013.

Hon Terrence W. Boyle